UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SWANIKETA LECOLE BROWN,<br><br>Petitioner,<br><br>v.<br><br>JUAN NAVARRO,<br><br>Respondent. | Case No. 2:21-cv-02361-JDE<br><br>JUDGMENT |

Pursuant to the Memorandum Decision and Order,

IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: June 13, 2022

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　　　United States Magistrate Judge